JONES v. MERCHANTS' NAT. BANK OF BOSTON. (Circuit Court of Appeals, First Circuit. October 23, 1896.) No. 181. An application by the appel-

lant to PUTNAM, Circuit Judge, for the allowance of an appeal to the supreme court from the decree entered on October 23, 1896 (33 U. S. App. 703, 22 C. C. A. 483, 76 Fed. 683), was denied. Francis A. Brooks, for appellant.